UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA STEADMAN; PATRICIA STEADMAN LTD., <br><br> Plaintiffs, <br><br> -against- <br><br> CITIGROUP GLOBAL MARKETS HOLDINGS INC., <br><br> Defendant. | 21-CV-2430 (PGG) <br><br> ORDER OF SERVICE |

PAUL G. GARDEPHE, United States District Judge:

Plaintiff Patricia Steadman, who is proceeding pro se, paid the filing fees to commence this action. The Clerk of Court is directed to issue a summons as to Defendant Citigroup Global Markets Holdings, Inc. Plaintiff is directed to serve the summons and complaint on Defendant within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendant or requested an extension of time to do so, **this action may be dismissed** pursuant to Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

The Clerk of Court is directed to mail Plaintiff an information package. Plaintiff has consented to electronic service. (Dkt. No. 3.) The motion for permission to participate in electronic case filing is denied as moot, and the Clerk of Court is directed to terminate it. (Dkt. No. 5)

Plaintiff is advised that the Pro Se Office at the United States Courthouse, 500 Pearl Street, Room 230, New York, New York 10007, telephone: (212) 805-0175, may be of assistance in connection with court procedures.

Plaintiff is further advised that, as Chief Judge McMahon noted, a corporate entity such as Patricia Steadman Ltd. cannot proceed pro se and must appear through a lawyer.

SO ORDERED.

Dated: April 6, 2021
New York, New York

*Paul Gardephe* (signature)

PAUL G. GARDEPHE
United States District Judge