USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/24/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PATRICIA A. STEADMAN, et al.,

                      Plaintiffs,

    - against -

CITIGROUP GLOBAL MARKETS
HOLDINGS, Inc.,

                     Defendant.
------------------------------------------------------------X

21-CV-2430 (PGG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       This case has been referred to me for general pretrial purposes. The last record on file in the case is a letter filed on April 20, 2021 requesting consolidation of certain other related cases. Accordingly, by June 3, 2021, Defendants shall file a letter updating the Court as to status of consolidation efforts and any proposed next steps with respect to this case.

                                SO ORDERED.

                                _____
                                ROBERT W. LEHRBURGER
                                UNITED STATES MAGISTRATE JUDGE

Dated: May 24, 2021
       New York, New York

Copies transmitted this date to all counsel of record and pro se Plaintiffs Patricia A. Steadman and Patricia Steadman Ltd.

1