```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PATRICIA A. STEADMAN, et al.,          :
                                       :
                       Plaintiffs,     :      21-CV-2430 (PGG) (RWL)
                                       :
        - against -                    :
                                       :      ORDER
CITIGROUP GLOBAL MARKETS               :
HOLDINGS, Inc.,                        :
                                       :
                       Defendant.      :
                                       :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On July 1, 2021, Defendant filed a motion to dismiss, which has been referred to me for report and recommendation. Plaintiff shall file her opposition, if any, no later than August 2, 2021; Defendant shall file its reply, if any, no later than August 16, 2021. Plaintiff is reminded that the corporate plaintiff entity may not proceed pro se; rather, it may proceed only represented by counsel. The individual plaintiff may proceed pro se.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 7, 2021
       New York, New York

Copies transmitted this date to all counsel of record. The Clerk of Court is respectfully requested to mail a copy of this order to the pro se Plaintiff.