UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PATRICIA A. STEADMAN and PATRICIA STEADMAN LTD, a corporation wholly owned by Patricia A. Steadman,

     Plaintiffs,

-against-

CITIGROUP GLOBAL MARKETS HOLDINGS INC.,

     Defendant.

**ORDER**

21 Civ. 2430 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

  On March 14, 2022, this Court granted Defendant's motion to dismiss the Complaint, with leave to amend. (March 14, 2022 Order (Dkt. No. 38) at 13) In that order, this Court stated that "[a]ny motion for leave to file an amended complaint will be submitted by **April 1, 2022**." (Id.) To date, no motion for leave to file an amended complaint has been filed. Accordingly, the Clerk of Court is directed to close this case.

Dated: New York, New York
    April 7, 2022

            SO ORDERED.

            _____
            Paul G. Gardephe
            United States District Judge